

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00035-CV

MATTSNOW PROPERTIES, LLC,
MARK D. MATTLAGE-THURMOND
AND ROBERT J. SNOWDEN,

                                        **Appellants**

 **v.**

FIRST NATIONAL BANK OF MCGREGOR
D/B/A YOUR BANK FOR LIFE,
AND WALT FAIR, PLLC,

                                        **Appellees**

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2021-209-5**

## MEMORANDUM OPINION

Appellants Mattsnow Properties, LLC, Mark Mattlage-Thurmond, and Robert J. Snowden have filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants explain that this interlocutory appeal is now moot.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. *See id.* Appellants' motion to dismiss is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Dismissed
Opinion delivered and filed March 24, 2021
[CV06]

